NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3111


HOWARD B. OVERTON,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.


<u>W. Craig James</u>, Mauk & Burgoyne, of Boise, Idaho, argued for petitioner.

<u>Meredyth D. Cohen</u>, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With her on the brief were <u>Peter D. Keisler</u>, Acting Attorney General, <u>Jeanne E. Davidson</u>, Director, and <u>Deborah A. Bynum</u>, Assistant Director.

Appealed from:  United States Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3111

HOWARD B. OVERTON,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

# Judgment

ON APPEAL from the       Merit Systems Protection Board

in CASE NO(S).       DE0831050329-C-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, RADER, and LINN, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: November 13, 2007       /s/ Jan Horbaly
                                         Jan Horbaly, Clerk